

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00380-CR

NITEROI D. THOMAS, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 21st District Court of Lee County (Tr. Ct. No. 8047)

Appellant, Niteroi D. Thomas, has neither paid nor made arrangements to pay the fee for preparing the clerk's record. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed for want of prosecution.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered October 15, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.